SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
clay.plummer@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FELIPE DE JESUS JAUREGUI-ACOSTA,<br>    aka "Felipe Jauri-Acosta,"<br>    aka "Felipe Acosta,"<br>    aka "Roberto Rodriguez-Lozano,"<br>    aka "Felipe Toledo-Guzman,"<br>    aka "Felipe De Jesus Juarequi-Acosta,"<br>    aka "Felipe Acosta-Juaregui,"<br>    aka "Felipe Mendoza-Acosta,"<br><br>    Defendant. | Case No. 2:25-mj-00660-BNW<br><br>**Stipulation for an Order Directing Probation to Prepare a Criminal History Report** |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Clay Plummer, Special Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and Cristen Thayer, Assistant Federal Public Defender, counsel for defendant

1 | FELIPE DE JESUS JAUREGUI-ACOSTA, that the Court direct the U.S. Probation Office
2 | to prepare a report detailing the defendant's criminal history.

3 | This stipulation is entered into for the following reasons:

4 | 1. The United States Attorney's Office has developed an early disposition
5 | program for immigration cases, authorized by the Attorney General pursuant to the
6 | PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has
7 | extended to the defendant a plea offer in which the parties would agree to jointly request an
8 | expedited sentencing immediately after the defendant enters a guilty plea.

9 | 2. The U.S. Probation Office cannot begin obtaining the defendant's criminal
10 | history until after the defendant enters his guilty plea unless the Court enters an order
11 | directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of
12 | a defendant's initial appearance when charged by indictment.

13 | 3. The U.S. Probation Office informs the government that it would like to begin
14 | obtaining the criminal history of defendants eligible for the early disposition program as
15 | soon as possible after their initial appearance so that the Probation Office can complete the
16 | Presentence Investigation Report by the time of the expected expedited sentencing.

17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///

1      4.    Accordingly, the parties request that the Court enter an order directing the
2  U.S. Probation Office to prepare a report detailing the defendant's criminal history.
3      DATED this __8th__ day of September, 2025.

                                          Respectfully Submitted,

RENE L. VALLADARES                  SIGAL CHATTAH
Federal Public Defender                  Acting United States Attorney

/s/ *(signature)*                                */s/ Clay Plummer*
Assistant Federal Public Defender        CLAY A PLUMMER
Counsel for Defendant                    Special Assistant United States Attorneys
FELIPE DE JESUS JAUREGUI-
ACOSTA

3

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>FELIPE DE JESUS JAUREGUI-ACOSTA,<br>   aka "Felipe Jauri-Acosta,"<br>   aka "Felipe Acosta,"<br>   aka "Roberto Rodriguez-Lozano,"<br>   aka "Felipe Toledo-Guzman,"<br>   aka "Felipe De Jesus Juarequi-Acosta,"<br>   aka "Felipe Acosta-Juaregui,"<br>   aka "Felipe Mendoza-Acosta,<br><br>      Defendant. | Case No. 2:25-mj-00660-BNW<br><br>**Order Directing Probation to Prepare a Criminal History Report [Proposed]** |

      Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

      IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

      DATED this __9th__ day of September, 2025.

_____
HONORABLE BRENDA N WEKSLER
UNITED STATES MAGISTRATE JUDGE